IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHARLES LITTON MORRIS,**
        **Plaintiff,**

vs.                                  Case No.  3:08cv482/MCR/MD

**WALTER A. MCNEIL,**
        **Defendant.**

### REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk.  Plaintiff initiated this action on October 21, 2008 by filing a civil rights complaint under 42 U.S.C. § 1983.  (Doc. 1).  On December 18, 2008, the court issued an order requiring plaintiff to file either an amended complaint or a notice of voluntary dismissal within thirty days.  (Doc. 10).  Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action.

Plaintiff did not respond to the order.  Accordingly, on January 28, 2009 this court issued an order directing plaintiff to show cause, within twenty days, why this case should not be dismissed for failure to comply with an order of the court.  (Doc. 11).  The deadline has passed, and plaintiff has not responded to the order.

Accordingly, it is respectfully RECOMMENDED:

That this cause be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court, and that the clerk be directed to close the file.

At Pensacola, Florida, this 20th day of February, 2009.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**